■ In the Matter of ROBERT A. LAWRENCE, Petitioner, v DONALD SELSKY, as Special Housing Director, Respondent. [710 NYS2d 560] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Correctional Services which found petitioner guilty of violating certain prison disciplinary rules.

The Attorney General has advised this Court that the deter-

mination at issue has been administratively reversed and that all references to the disciplinary hearing have been expunged from petitioner's institutional record. Inasmuch as petitioner has received all of the relief to which he is entitled and is no longer aggrieved, the matter is dismissed as moot (see, *Matter of Addison v Goord*, 265 AD2d 719; *Matter of Witherspoon v Goord*, 243 AD2d 931).

Mercure, J. P., Crew III, Peters, Mugglin and Lahtinen, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.